UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT LESTER, | - |
| Plaintiff, | - |
| | - NOTICE OF SETTLEMENT |
| v. | - |
| | - Case No.: 5:12-cv-00186-CAR |
| COMMERCIAL RECOVERY SYSTEMS, INC., | - |
| Defendant. | - |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, ROBERT LESTER ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 90 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  July 20, 2012                    RESPECTFULLY SUBMITTED,

                                         KROHN & MOSS, LTD.


                        By: /s/ Shireen Hormozdi

                            Shireen Hormozdi, Esq.
                            Attorney for Plaintiff
                            Krohn & Moss, Ltd.
                            10474 Santa Monica Blvd., Suite 401
                            Los Angeles, CA 90025
                            Tel: (323) 988-2400 x 267
                            Fax: (866) 385-1408
                            Email: shormozdi@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to defendant at the below address:

    Jeff Wood
    Commercial Recovery Systems, Inc
    8035 East R. L Thornton, Suite 200,
    Dallas TX 75357


                        By:    /s/ Shireen Hormozdi

                              Shireen Hormozdi, Esq.
                              Attorney for Plaintiff
                              Krohn & Moss, Ltd.
                              10474 Santa Monica Blvd., Suite 401
                              Los Angeles, CA 90025
                              Tel: (323) 988-2400 x 267
                              Fax: (866) 385-1408
                              Email: shormozdi@consumerlawcenter.com