UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT LESTER, | - |
| | - |
| Plaintiff, | - |
| | -  NOTICE OF SETTLEMENT |
| v. | - |
| | -  Case No.: 5:12-cv-00186-CAR |
| COMMERCIAL RECOVERY SYSTEMS, INC., | - |
| | - |
| Defendant. | - |

## NOTICE OF VOLUNTARY DISMISSAL

ROBERT LESTER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, COMMERCIAL RECOVERY SYSTEMS, INC (Defendant), in this case.

DATED:  October 10, 2012         RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By:  /s/ Shireen Hormozdi

 Shireen Hormozdi, Esq.
 Attorney for Plaintiff
 Krohn & Moss, Ltd.
 10474 Santa Monica Blvd., Suite 401
 Los Angeles, CA 90025
 Tel: (323) 988-2400 x 267
 Fax: (866) 385-1408
 Email: shormozdi@consumerlawcenter.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the below address.

>Jeff Wood
>Commercial Recovery Systems, Inc
>8035 East R. L Thornton, Suite 200,
>Dallas TX 75357

>By:  /s/ Shireen Hormozdi

>Shireen Hormozdi, Esq.
>Attorney for Plaintiff
>Krohn & Moss, Ltd.
>10474 Santa Monica Blvd., Suite 401
>Los Angeles, CA 90025
>Tel: (323) 988-2400 x 267
>Fax: (866) 385-1408
>Email: shormozdi@consumerlawcenter.com